164 A.3d 401

STATE OF NEW JERSEY, STATE AGRICULTURE DEVELOPMENT COMMITTEE AND TOWNSHIP OF FRANKLIN, PLAINTIFF-CROSS-RESPONDENTS, AND COUNTY OF HUNTERDON, PLAINTIFF-CROSS-RESPONDENT, v. QUAKER VALLEY FARMS, LLC AND DAVID DEN HOLLANDER, DEFENDANTS-CROSS-PETITIONERS.

March 16, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–005710–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.

164 A.3d 402

STATE OF NEW JERSEY, STATE AGRICULTURE DEVELOPMENT COMMITTEE AND TOWNSHIP OF FRANKLIN, PLAINTIFFS, AND COUNTY OF HUNTERDON, PLAINTIFF–PETITIONER, v. QUAKER VALLEY FARMS, LLC AND DAVID DEN HOLLANDER, DEFENDANTS–RESPONDENTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005710–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

164 A.3d 402

STATE OF NEW JERSEY, STATE AGRICULTURE DEVELOPMENT COMMITTEE, COUNTY OF HUNTERDON, PLAINTIFFS, AND TOWNSHIP OF FRANKLIN, PLAINTIFF-PETITIONER, v. QUAKER VALLEY FARMS, LLC AND DAVID DEN HOLLANDER, DEFENDANTS-RESPONDENTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005710–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

164 A.3d 402

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. J.L.G., A/K/A J.L.J., DEFENDANT-PETITIONER.

March 17, 2017

ON PETITION FOR CERTIFICATION

CORRECTED ORDER

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003725–14 having been submitted to this Court, and the Court having considered the same;

And the petition raising the question whether the trial court properly denied defendant's motion to exclude the testimony of the State's expert regarding Child Sexual Abuse Accommodation